**No. 52135.**—Barr Shipping Co. *v.* United States, protest 132485–K (New York).

Opinion by EKWALL, J. An examination of the record failing to disclose anything that would warrant the court in disturbing the finding of the collector, which was presumptively correct, the protest was overruled.